### FITCH v. BURR.

A bond for the prosecution of an action, not within the Statute of Limitation respecting bail.

ACTION of debt on bond for £20, given for prosecution at praying out a certain writ in favor of Nathaniel Cary of Boston, against said Hezekiah Fitch; dated 22d of October A. D. 1787, returnable to the County Court to be holden at Fairfield, on the third Tuesday of November A. D. 1787.

And that before the adjourned County Court holden at Danbury, in January A. D. 1789, said Fitch recovered judgment against said Cary, for £5 10s. lawful money, for cost of suit; whereby said Cary failed to prosecute his said action to effect, etc. and took out execution dated the 20th of January A. D. 1789, which has been duly returned *non est inventus*, neither said judgment, execution or bond, hath ever been paid, etc. per writ dated 31st of March, A. D. 1790.

Plea in bar — That the plaintiff's writ was granted 31st of March, A. D. 1790, and served on the 7th of April following; that the date and impetration of the plaintiff's writ, was more than one year after said judgment mentioned in the declaration; and by virtue of a law entitled an act concerning bail, the plaintiff is barred of any recovery on said bond. Demurrer.

Judgment — Plea insufficient, and for the plaintiff to recover; for a bond for prosecution given at praying out of a writ, is not within said Statute of Limitation respecting bail.